UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Plaintiff, )<br>)     1:13-cr-10-01 SEB-DML<br>vs. )<br>)<br>STEVEN LAMAR WILLS, )<br>)<br>Defendant. ) | |

## ORDER ADOPTING MAGISTRATE JUDGE'S REPORT & RECOMMENDATION

Having reviewed Magistrate Judge Baker's Report and Recommendation at Docket No. 23 recommending that Defendant's supervised release be revoked, and observing that Defendant has waived his right to serve and file written objections to said report, the Court now approves and adopts the Report and Recommendation as the order of the Court. Accordingly, Defendant is ordered to serve a term of imprisonment of 18 months in the custody of the Attorney General or his designee. Upon Defendant's release from prison, he shall then be subject to a term of supervised release of 18 months.

    IT IS SO ORDERED.

Date: 09/17/2013

SARAH EVANS BARKER, JUDGE
United States District Court
Southern District of Indiana

Copies to:

Joe Vaughn
UNITED STATES ATTORNEY'S OFFICE
10 West Market Street
Suite 2100
Indianapolis, IN 46204

USPO
Tim Hardy
46 E. Ohio St., Room 101
Indianapolis, IN 46204

William Dazey
INDIANA FEDERAL COMMUNITY DEFENDERS
111 Monument Circle
Suite 752
Indianapolis, IN 46204